December 13, 1967. *Benjamin Lerner* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *Benjamin H. Levintow*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Bruce, Appellant.

Submitted December 11, 1967. *Clem Bruce*, appellant, in propria persona; *Paul R. Michel* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bruce, Appellant.

Argued December 11, 1967. *John Packel*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *David L. Creskoff*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First